UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JACK GUTTMAN, Individually and as a Member
of GERARD AVENUE, LLC,

DOCKET NO.: 13 CV 0861

                     Plaintiffs,
   -against-

**NOTICE OF VOLUNTARY DISMISSAL**

SCOTT DIAMOND, JOHN DEL MONACO,
and AMERICAN SELF-STORAGE MGMT.
ASSOC., INC.,
                     Defendants.
----------------------------------------------------------------X

    PLEASE TAKE NOTICE that pursuant to F.R.C.P. 41(a)(1)(A)(i) the counsel for plaintiff, Jack Guttman, individually and as a Member of Gerard Avenue, LLC, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s).

Dated:  February 26, 2013
         Lake Success, New York

FRIEDMAN HARFENIST KRAUT
& PERLSTEIN LLP
*Attorneys for Plaintiffs*

_____S/_____
By: Steven J. Harfenist (SH6930)
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 355-9600

**SO ORDERED:**

_____
Colleen McMahon, U.S.D.J.